UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:16-CR-00493-BR |
| v. | INDICTMENT |
| DUANE LEO EHMER, | 18 U.S.C. § 1361 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Depredation of Government Property)**
**(18 U.S.C. § 1361)**

On or about January 27, 2016, in the District of Oregon, defendant **DUANE LEO EHMER**, did willfully and by means of excavation and the use of heavy equipment on lands of the Malheur National Wildlife Refuge, property of the United States, injure and commit a depredation against such property, specifically, an archaeological site considered sacred to the Burns Paiute Tribe, resulting in damage in an amount exceeding $1000, in violation of Title 18, United States Code, Section 1361.

Dated this 20 day of December 2016.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

CRAIG J. GABRIEL
ETHAN D. KNIGHT
GEOFFREY A. BARROW
Assistant United States Attorneys